# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>BRIAN MICHAEL RINI<br><br>_Defendant(s)_ | ) ) ) ) ) ) ) Case No. 1:19MJ-255 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 3-4, 2019__ in the county of __Hamilton__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1001(a)(2) | False Statement or Representation Made to a Department or Agency of the United States |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Mary P. Braun, Task Force Officer, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 4/5/19

_____
Judge's signature

City and state: Cincinnati, Ohio

Hon. Karen L. Litkovitz, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Mary P. Braun, a Detective with the Cincinnati Police Department and a Task Force Officer with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state:

## INTRODUCTION

1. I have been employed as a Police Specialist with the Cincinnati Police Department since 2004, and for the past eight years have been assigned to the Regional Electronics Computer Investigations (RECI) Task Force working on computer-based crimes and crimes against children, to include the sex trafficking of minors. As a Task Force Officer, I have investigated federal criminal violations involving crimes against children, child pornography, and sex trafficking. I have received formal training in the investigation of these matters at the Cincinnati Police Academy, the Federal Bureau of Investigation, and the National Center for Missing and Exploited Children, through other in-service training, and through private industry. As part of the Federal Bureau of Investigation's Violent Crimes Against Children/Child Exploitation Task Force, in 2011, I was deputized by the United States Marshals Service as a Special Deputy United States Marshal, thereby authorized to seek and execute arrest and search warrants supporting a federal task force. During my career, I have participated in various investigations involving computer-related offenses, crimes against children, and sex trafficking. I have executed numerous search warrants to include those involving searches and seizures of computers, computer equipment, software, and electronically stored information. As a Task Force Officer, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

1

2. I am familiar with the facts and circumstances of this case. The information contained in this affidavit is either personally known to me, based upon my own personal observations and review of various investigative reports and records, or has been provided to me by other law enforcement agents or sworn law enforcement personnel. Because this affidavit is being submitted for the limited purpose of obtaining an arrest warrant, I have not included in this affidavit all information known by me relating to the investigation. I have set forth only those facts to establish probable cause for the charges in the complaint. I have not withheld any evidence or information that would negate probable cause.

3. Title 18, United States Code, Section 1001(a)(2) makes it a crime for a person, "in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, [to] knowingly and willfully ... make[] any materially false, fictitious, or fraudulent statement or representation." Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. 1001(a)(2) have been committed by Brian Michael RINI.

## INVESTIGATION AND PROBABLE CAUSE

4. On April 3, 2019, officers from the Newport (KY) Police Department responded to the area of Columbia Street, Newport, Kentucky 41071. The officers came in contact with an individual, later determined to be Brian Michael RINI (DOB XX/XX/1995; SSN XXX-XX-4048), who had been wandering the street and looking confused and in need of assistance. RINI stated that his name was Timmothy Pitzen and that he was abducted when he was six years old and just wanted to go home. When the officer called the dispatch center, they advised that a fourteen year old boy by the name Timmothy Pitzen was associated with a missing and possibly abducted child.

2

5. In 2011, Timmothy Pitzen, a six year old boy, went missing from Aurora, Illinois. Timmothy had been picked up at his school by his mother. A few days later, his mother was found deceased in a Rockford, Illinois hotel room. Several notes were found which claimed Timmothy was with people who loved him and would take care of him. The notes also stated that he would never be found.

6. At the time of Timmothy's disappearance in 2011, FBI Chicago provided assistance to the Aurora Police Department and other law enforcement agencies in their efforts to locate Timmothy. On April 3, 2019, based on information RINI provided to the Newport Police Department, FBI Cincinnati and FBI Louisville, with the assistance of the Department of Homeland Security, initiated a missing juvenile and child sex trafficking investigation in coordination with multiple law enforcement agencies in Ohio, Kentucky, and Illinois.

7. Shortly after Newport Police Department made contact with the person claiming to be Timmothy Pitzen, he complained of abdominal pain. Because of that complaint, "Timmothy" was taken to Cincinnati Children's Hospital Emergency Room. Your affiant met with "Timmothy" in the Emergency Room, identified herself as a Task Force Officer with the Federal Bureau of Investigation and explained her role in the investigation to include investigating sex trafficking and crimes against children for the FBI. During the conversation, RINI claimed to be fourteen year old Timmothy Pitzen. He further claimed he had recently escaped from a hotel room in which two men had been holding him captive. He explained that he had been sexually and physically abused for years while in captivity.

8. On both April 3 and 4, 2019, RINI refused to provide his fingerprints to investigators at Children's Hospital. However, on April 3, RINI agreed to submit to a buccal swab which was obtained and sent to the Hamilton County Coroner's Office for DNA testing. On April 4, the sample was compared with Pitzen's parents and the results indicated RINI could not be related to Timmothy Pitzen's parents. The sample was also compared with DNA samples that are known by the FBI. The sample matched a known felon, Brian Michael RINI, date of birth XX/XX/1995 and Social Security Number XXX-XX-4048. Ohio Department of Corrections records indicate RINI was released from an Ohio prison on March 7, 2019.

9. On April 4, 2019, FBI Special Agent Jonathan Jones and Detective John Munn from the Aurora (IL) Police Department spoke with RINI. The law enforcement officers advised RINI of his Miranda warnings and admonished him concerning the crime of false statements under 18 U.S.C. § 1001. After such warnings, RINI continued to say that his name was Timmothy Pitzen and that he was abducted in 2011. He stated again that he had escaped from a hotel where he had been held captive and forced to have sex with men against his will. Once the law enforcement officers confronted him about the DNA results and his true identity, RINI immediately stated that he was not Timmothy Pitzen. He said he watched a story about Timmothy on ABC's 20/20. He stated that he wanted to get away from his own family. When questioned further, RINI stated that he wished he had a father like Timmothy's because if he went missing, his father would just keep drinking.

10. Further investigation by the FBI found that RINI had on two prior occasions, portrayed himself as a juvenile sex trafficking victim. In those instances, he was also identified as RINI once he was fingerprinted.

## CONCLUSION

11. Based on the above information, there is probable cause to believe that violations of Title 18, United States Code, Section 1001(a)(2) (False Statement or Representation Made to a Department or Agency of the United States) has been committed by Brian Michael RINI. Based upon the foregoing, your Affiant respectfully requests that this Court issue the requested complaint and arrest warrant.

Respectfully submitted,

_____
MARY P. BRAUN
FBI-TFO

Subscribed and sworn before me this 5th day of April, 2019.

_____
HONORABLE KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE