# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN MICHAEL RINI<br><br>Defendant. | CASE NO. 1:19CR-044<br><br>JUDGE J. BARRETT<br><br>INDICTMENT<br><br>18 U. S. C. § 1001(a)(2)<br>18 U. S. C. § 1028A(a)(1) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Statements or Entries Generally)

That on or about the 3rd day of April, 2019, **BRIAN MICHAEL RINI**, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by claiming to be juvenile T. P. who has been missing since 2011 to Federal Bureau of Investigation Task Force Officer Mary Braun, in the Southern District of Ohio. The statement and representation was false because, as **BRIAN MICHAEL RINI** then and there knew, he was not T. P. The statement and representation was made during an investigation involving offenses under 18 U.S.C. Chapter 117, Transportation For Illegal Sexual Activity and Related Crimes and 18 U.S.C. § 1591, Sex Trafficking of Children.

**All in violation of Title 18, United States Code, Section 1001(a)(2).**

### COUNT 2
### (Statements or Entries Generally)

That on or about the 4th day of April, 2019, **BRIAN MICHAEL RINI**, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by claiming to be juvenile T. P. who has been missing since 2011 to Federal Bureau of Investigation Special Agent

Jonathan P. R. Jones, in the Southern District of Ohio. The statement and representation was false because, as **BRIAN MICHAEL RINI** then and there knew, he was not T. P. The statement and representation was made during an investigation involving offenses under 18 U.S.C. Chapter 117, Transportation For Illegal Sexual Activity and Related Crimes and 18 U.S.C. § 1591, Sex Trafficking of Children.

**All in violation of Title 18, United States Code, Section 1001(a)(2).**

## COUNT 3
(Aggravated Identity Theft)

On or about the 4th day of April, 2019, in the Southern District of Ohio, the defendant, **BRIAN MICHAEL RINI**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c)(4), to wit: the name and date of birth of T. P. during and in relation to a violation of 18 U.S.C. § 1001(a)(2), Statements or Entries Generally, as alleged in Count 2 and incorporated herein, knowing that the means of identification belonged to another actual person.

**All in violation of Title 18, United States Code, Section 1028A(a)(1).**

A TRUE BILL

_____
FOREPERSON  1/0/11

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

_____
KYLE J. HEALEY, (0083794)
CHRISTY L. MUNCY, (KY 88236)
Assistant United States Attorneys

2