UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

V.

Brian Rini,

    Defendant.

Case No. 1:19cr044

Judge Michael R. Barrett

## CRIMINAL MINUTES before
## United States District Judge Michael R. Barrett

Courtroom Deputy: **Barbara Crum**
Court Reporter: **Maryann Maffia, Official**
Date: **May 20, 2019** Time: **Commenced** 2:15 pm **Concluded** 2:16 pm **Total** :01 mins.

United States Attorney: Kyle Healy   Defendant Attorney: Richard Monahan
*Court Proceeding:*

✓ Counsel present.

Remarks: Doc. 20. Granted; order to follow
— unopposed by the USA.