UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        V.                     Case No.  1:19cr044

Brian Rini,                          Judge Michael R. Barrett

        Defendant.

**CRIMINAL MINUTES before**
**United States District Judge Michael R. Barrett**
**Competency Hearing**

Courtroom Deputy: **Barbara Crum**
Court Reporter: Sue Lapriato , **Official Court Reporter** 10:04 - 10:35
Date: **October 31, 2019**    Time: **Commenced** 10:35ᵃᵐ **Concluded** 10:42ᵖᵐ **Total** :38

United States Attorney: Kyle Healey    Defendant Attorney: Richard Monahan

***Court Proceeding:***

\_\_√\_\_ Counsel present.

\_\_√\_\_ Plaintiff's Counsel received report. \_\_√\_\_ Defendant's Counsel received report.

\_\_\_\_\_ Objections; \_\_√\_\_ None; \_\_\_\_\_Plaintiff; \_\_\_\_\_ Defendant
       – reports submitted by stipulation; Ct finds Δ competent

\_\_\_\_\_ Schedule issued:

    _____ motions; _____ final pretrial conference; _____ jury trial
    √ in person status conf 1/8/2020 @ 12:30 pm

\_\_√\_\_ Waiver of speedy trial executed by Defendant.

\_\_\_\_\_ Bond Addressed; \_\_√\_\_ Defendant to remain (detained)/released on bond
w/conditions

\_\_√\_\_ Court's Order to follow.

Remarks: Δ moves for a continuance – Granted